**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARTIN J. WALSH, *the Secretary of Labor*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:21-cv-902-MTS |
| | ) | |
| LOCAL 688, INTERNATIONAL | ) | |
| BROTHERHOOD OF TEAMSTERS, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the Memorandum and Order, Doc. [36], entered this day,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment in this case is entered in favor of Plaintiff Martin Walsh, the Secretary of Labor, and against Defendant Local 688, International Brotherhood of Teamsters.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the November 2020 election conducted by Defendant Local 688, International Brotherhood of Teamsters is **VOID**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant shall conduct a new election under the supervision of Plaintiff, the Secretary of Labor, and in accordance with the constitution and bylaws of Defendant insofar as they are not inconsistent with the provisions of 29 U.S.C. §§ 481–84.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the parties shall file a status report with the Court, no later than by February 6, 2023.

**IT IS FINALLY ORDERED, ADJUDGED, AND DECREED** that Plaintiff, upon completion of the supervised election, promptly certify to the Court the names of the persons elected.

Dated this 8th day of November, 2022.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE