IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

|  |  |  |
|---|---|---|
| JULIE A. SU[1]<br>Acting Secretary of Labor,<br>United States Department of Labor,<br><br>Plaintiff,<br>v.<br><br>LOCAL 688, INTERNATIONAL<br>BROTHERHOOD OF TEAMSTERS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 4:21-cv-902-MTS |

## STATUS REPORT CERTIFYING UNION ELECTION

Pursuant to the Court's November 8, 2022 Order (Doc. 36), Plaintiff Julie A. Su, Acting Secretary of Labor, United States Department of Labor ("DOL"), hereby submits this Status Report to inform the Court that a new election for union officers has been conducted by Local 688 under the supervision of DOL.  Attached to this Status Report as "Exhibit A" is the Certification of Election by DOL.

In light of the DOL's certification, and pursuant to the Court's Nov. 8, 2022 Order and 29 U.S.C. § 482(c), Plaintiff respectfully requests that the Court enter a final judgment in this case declaring the election results set out in Exhibit A as valid and administratively closing this case.

---

[1] Because the Secretary of Labor has changed since this case first began, the caption reflects the current Acting Secretary of Labor. *See* Fed. R. Civ. P. 25(d).

Respectfully Submitted,

JULIE A. SU
Acting Secretary of Labor
United States Department of Labor


SAYLER A. FLEMING
United States Attorney

/s/ Suzanne J. Moore
Suzanne J. Moore #45321 MO
Assistant United States Attorney
111 So. 10th St., 20th Floor
St. Louis, MO  63102
(314) 539-2547
(314) 539-2287 FAX
suzanne.moore@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF electronic filing system and will be served by operation of the Court's electronic filing system on this 21st day of April, 2023 to all counsel of record:


 /s/ Suzanne J. Moore