# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| JULIE A. SU,<br>Acting Secretary of Labor,<br>United States Department of Labor, | )<br>)<br>)<br>) | Civil No. 4:21-cv-902-MTS |
| Plaintiff, | )<br>) | |
| v. | )<br>) | |
| LOCAL 688, INTERNATIONAL<br>BROTHERHOOD OF TEAMSTERS, | )<br>)<br>) | |
| Defendant. | ) | |

**CERTIFICATION OF ELECTION BY UNITED STATES DEPARTMENT OF LABOR**

The election having been conducted in the above matter under the supervision of the

Secretary of Labor, United States Department of Labor, pursuant to the Court's Order entered

November 8, 2022, in the United States District Court for the Eastern District of Missouri, in

accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure

Act of 1959 (29 U.S.C. §§ 481-483), and in conformity with the constitution and bylaws of the

defendant labor organization, insofar as lawful and practicable, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of

1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected

to the offices designated for the remainder of the current term of office:

| | |
|---|---|
| Larry Sprinkle | President |
| John Becker Jr. | Vice President |
| Chris Tongay | Secretary-Treasurer |
| James P. Stuckel | Recording Secretary |
| Steve Casey | Trustee |
| Jay Krueger | Trustee |
| Dana Woltering | Trustee |

Signed this 7th day of April 2023.

Tracy L. Shanker, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor

2